*# 129197*
*√ # 732771*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          *          CASE # 05-38835 S
                                           CHAPTER 13
                                *
Winkeljohn, Randolph Mitchell
Debtor                          *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 703471 | Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | 7.36 | 8/31/10 |

2. Your trustee's check #732771 for a total of $7.36 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date:  12/22/10

_____
John P. Gustafson
Trustee in Bankruptcy